UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROMAN CAMPOS, | ) | NO. CV 12-01879 JHN (SS) |
| | ) | |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| | ) | |
| GARCIA MESA, ET AL., | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

\\

1  **IT IS ORDERED** that the Petition is denied and Judgment shall be
2  entered dismissing this action without prejudice.

4  **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5  the Judgment herein on Petitioner at his current address of record.

7  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9  Dated: May 1, 2012

   _____
   JACQUELINE H. NGUYEN
   UNITED STATES DISTRICT JUDGE