UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN CAMPOS, | ) NO. CV 12-01879 JHN (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| GARCIA MESA, ET AL., | ) |
| Respondents. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 1, 2012

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE